# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER VARGAS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:18-CV-2112-MCE-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On January 17, 2019, the court issued findings and recommendations (Doc. 15) denying plaintiff's motion for injunctive relief. Plaintiff was permitted 15 days from the date of the findings and recommendations within which to file objections thereto. On the same date, the court also issued an order (Doc. 16) dismissing plaintiff's first amended complaint and directed plaintiff to file a second amended complaint within 30 days of the date of the order. Plaintiff then filed notices of changes of address on January 25, 2019, and again on February 7, 2019, and the docket has been updated accordingly. To the extent plaintiff may not have received the court's January 17, 2019, findings and recommendations and order, those documents will be re-sent to plaintiff at his current address and plaintiff will be granted additional time to respond.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to re-serve Docs. 15 and 16 on plaintiff at his current address of record;

2. Plaintiff may file objections to the findings and recommendations within 30 days of the date of this order; and

3. Plaintiff shall file a second amended complaint within 30 days of the date of this order.

Dated: March 1, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE