# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER VARGAS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:18-CV-2112-MCE-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before this Court is Plaintiff's request to file documents under seal (ECF No. 23). For the reasons set forth below, Plaintiff request is denied.

Pursuant to Eastern District of California Local Rule 141, in conjunction with Federal Rules of Civil Procedure 5.2 and 26, parties are required to "describe generally the documents sought to be sealed [and] the basis for sealing" the documents, among other requirements. E.D. Cal. Local Rule 141. Here, Plaintiff's request fails to describe generally the documents sought to be sealed and Plaintiff fails to articulate a legitimate basis for sealing the documents.[1] Because Plaintiff's request does not make the necessary showing required by the

---

[1] While plaintiff does not describe the documents to be sealed in his request, he has provided the court with copies of the documents, which appear to be a request that the court refer

1

local rules, Plaintiff's request to file documents under seal is DENIED.

IT IS SO ORDERED.

Dated: May 7, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

the matter to the United States Attorney for criminal prosecution of the defendants named in this action. That request will be filed on the public docket and addressed separately.