IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER VARGAS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:18-CV-2112-MCE-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 17, 2019, the Magistrate Judge filed findings and recommendations herein which were served on plaintiff at his address of record at the time and which contained notice that the parties may file objections within the time specified therein. On January 25, 2019, plaintiff filed a notice of change of address. The Clerk of the Court re-served the findings and recommendations at plaintiff's new address on January 28, 2019. To date, no objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 17, 2019, (ECF No. 15) are ADOPTED in full; and

2. Plaintiff's motion for injunctive relief (ECF No. 13) is DENIED.

IT IS SO ORDERED.

Dated: June 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE